PROB 12B
(7/93)

Report Date: March 21, 2013

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 5 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Dominique M Ryan            Case Number: 2:12CR00084-002

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/17/2013           Type of Supervision: Supervised Release

Original Offense: Conspiracy to Commit Mail Theft, 18 U.S.C. § 371            Date Supervision Commenced: 1/17/2013

Original Sentence: Prison - 7 Months
                   TSR - 36 Months            Date Supervision Expires: 1/16/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25    Subsistence at the residential reentry center (RRC) shall be waived by the Bureau of Prisons (BOP), while the offender is residing at the facility.

## CAUSE

Ms. Ryan was homeless and without income prior to her placement at the Residential Reentry Center (RRC). The purpose of her time at the RRC was to obtain employment, and save money to assist with housing costs upon her release. The payment of subsistence would make accomplishing the aforementioned goals more difficult, so a waiver of subsistence is hereby requested.

Ms. Ryan has signed the attached waiver of hearing to modify conditions form and understands the rationale for a waiver of subsistence payments, and agrees to save money once employed, to aid in her transition into the community.

Prob 12B
Re: Ryan, Dominique M
March 21, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/21/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

3/25/2013
Date