**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO  Spokane

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

June 27, 2013

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

The Honorable Robert H. Whaley
United States District Court
Thomas Foley Courthouse
920 W Riverside
Spokane, WA 99201

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 27 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

RE: Ryan, Dominique
DOCKET NO.: 2:12CR0084-002
**REQUEST FOR RELEASE FROM RESIDENTIAL REENTRY CENTER (PORT OF HOPE) PLACEMENT**

Dear Judge Whaley:

On January 29, 2013, Dominique Ryan entered Port of Hope (POH) as a condition of supervision, to give her the opportunity find employment and secure housing. Since Ms. Ryan's arrival at POH, she has secured two jobs and saved sufficient money for a residence. She has located an apartment to rent and has paid the deposit on it, which was verified with the apartment manager.

Additionally, in speaking with POH staff regarding her stay, they report that Ms. Ryan has participated in drug testing with no indication of illicit drug use, has been very engaged in her drug treatment program, and has had no behavioral issues. The staff at POH have only positive things to say about Ms. Ryan's effort and hard work in all she has done.

Now that Ms. Ryan has secured stable housing and steady employment, it is respectfully requested the Court authorize her release from the residential reentry center.

RYAN, Dominique
June 27, 2013
Page 2

Should Your Honor require a different course of action, or require a court appearance by Ms. Ryan, please contact the undersigned officer.

                                                Respectfully submitted,

                                                Scott M. Morse, Sr.
                                                Chief U.S. Probation Officer

                                                s/Cassie Lerch          06/27/2013
                                                Cassie Lerch              Date
                                                U.S. Probation Officer

APPROVED BY:

s/Matthew L. Thompson    06/27/2013
Matthew L. Thompson       Date
Supervising U.S. Probation Officer

CL:ms


THE COURT ORDERS

[ ]    No Action
[✓]    Release from Residential Reentry Center Placement
[ ]    Other

                                                  Signature of Judicial Officer

                                                  June 27, 2013
                                                  Date