PROB 12C
(7/93)

Report Date: January 8, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dominique M. Ryan    Case Number: 2:12CR00084-RHW-2

Address of Offender: ███████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2013

Original Offense:    Conspiracy to Commit Mail Theft, 18 U.S.C. § 371

Original Sentence:   Prison 7 months;    Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: U.S. Attorneys Office    Date Supervision Commenced: January 17, 2013

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: January 16, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 & 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Ms. Ryan reported to the U.S. Probation Office on December 19, 2014, to provide a urinalysis sample for testing. She provided a sample that was positive for both methamphetamine and marijuana. Ms. Ryan admitted to the use, and signed a drug use admission form admitting to using both drugs that day.

On December 22, 2014, U.S. probation officer (USPO) Lerch, and the undersigned officer, attempted home contact with Ms. Ryan at her residence. Ms. Ryan answered the door, and invited us into the residence. Upon entering the residence, a marijuana pipe was in clear view on the kitchen counter. USPO Lerch, and the undersigned officer escorted Ms. Ryan into her bedroom to speak with her. Present in Ms. Ryan's room was a methamphetamine pipe in clear view next to her bed. Ms. Ryan admitted the pipe in the kitchen was for marijuana, and when asked what type of pipe was present in the bedroom she stated, "a meth

pipe." Ms. Ryan was given the opportunity to provide any other drug paraphernalia in the home to the officers, at which time she produced two additional glass pipes. Ms. Ryan retrieved a clear glass pipe from her bedroom dresser, and a broken glass pipe from a kitchen drawer. She denied that there were any drugs in the home. Ms. Ryan was directed to report to the U.S. Probation Office for a urinalysis test based on the aforementioned violation. Ms. Ryan reported to the office as directed, and signed a drug use admission form admitting she had used both marijuana and methamphetamine on December 20, 2014, and then again on December 22, 2014.

Based on Ms. Ryan's continued use, she had been directed to again report to the U.S. Probation Office on December 29, 2014. Ms. Ryan reported as directed, and again provided a sample for urinalysis testing that was positive for both methamphetamine and marijuana. Ms. Ryan again signed a drug use admission form stating that she last used marijuana on December 28, 2014, and methamphetamine on December 26, 2014.

On January 6, 2015, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (Adept) that Ms. Ryan had missed her random urinalysis test that had been scheduled for January 5, 2015. The undersigned officer placed a call to Ms. Ryan's boyfriend, Kyle Croson, and directed both he and Ms. Ryan to report to the probation office to address the missed urinalysis test. Ms. Ryan reported as directed, and provided a urinalysis sample that was presumptive positive for marijuana and methamphetamine. She initially denied use, but contacted the undersigned officer on January 7, 2015, admitting to using methamphetamine on January 5, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/08/2015

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

January 8, 2015

Date