PROB 12C
(7/93)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 21, 2015

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Dominique M. Ryan                Case Number: 2:12CR00084-RHW-2

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Mail Theft, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 7 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: January 17, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 16, 2016 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 8, 2015, the undersigned officer received notification from the Spokane County Sheriff's Office that Ms. Ryan had been arrested and booked for new felony charges.  According to the Spokane County Jail and police reports, Ms. Ryan was arrested for the following: Forgery, in violation of RCW 9A.60.020(1)(A), a Class C felony; Unlawful Production of a Payment Instrument, in violation of RCW 9A.56.320(1) a Class C felony; and Possession of a Controlled Substance, in violation of RCW 69.50.4013(a) a Class C felony. |
| 4 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: According to police reports, law enforcement noted that while executing a search warrant at Ms. Ryan's address located at 4911 North Florida #64, in Spokane, Washington, when Ms. Ryan was contacted, she was carrying her purse.  A search of Ms. Ryan's purse revealed two small zip lock bags containing a crystalline substance that tested positive for methamphetamine. |

Prob12C
Re: Ryan, Dominique M
January 21, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/21/2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 21, 2015
Date